**Opinion issued August 8, 2019**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-18-00649-CV

_____

## IN RE BARBARA LATHAM, ET AL., Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relators, Barbara Latham, et al., filed an amended petition for a writ of mandamus seeking to compel the original respondent, the Honorable Mike Wood, to vacate his order for fees, sanctions and contempt, and two orders to show cause, in the underlying guardianship proceeding.[1] This Court abated this case for the new

---

[1] The underlying proceeding is *In the Guardianship of Muriel Luba Mintz, an Incapacitated Person*, Cause No. 456,059, in the Probate Court No. 2, Harris County, the Honorable Michael Newmann presiding.

respondent, the Honorable Michael Newmann, to reconsider the challenged orders, and he confirmed those orders after a hearing.  *See* TEX. R. APP. P. 7.2(b).

We reinstate this case and deny the amended mandamus petition.  *See* TEX. R. APP. P. 52.8(a), (d).

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Keyes and Higley.